Plaintiff's Name: Bryan E Ransom
CDC No: H-71641
Address: P.O. Box 3476 4A2R #63
Corcoran, Ca. 93212

**FILED**
NOV 28 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ~~Southern~~ DEPUTY

UNITED STATES DISTRICT COURT
~~EASTERN~~ DISTRICT OF CALIFORNIA (Southern)

Bryan. E. Ransom
                    Plaintiff,
vs.
Gray, et. al.
                    Defendant(s).

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

07 CV 2340 J WMc
CASE NUMBER: 1:07 cv 01718 AWI DLB PC

**FILED**
DEC 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I, B. Ransom, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ✓ Yes  ___ No  (If "no" DO NOT USE THIS FORM)

   If "yes" state the place of your incarceration. __CSP-COR/SHU__

**Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed (includes prison employment)?  ___ Yes  ✓ No

   a. If the answer is "yes" state the amount of your pay. _____

   b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:     ___ Yes  ✓ No

   b. Rent payments, interest or dividends:               ___ Yes  ✓ No

   c. Pensions, annuities or life insurance payments:     ___ Yes  ✓ No

   d. Disability or workers compensation payments:        ___ Yes  ✓ No

1

e.. Gifts or inheritances:   __ Yes   ✓ No

f. Any other sources:   __ Yes   ✓ No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash (includes balance of checking or savings accounts)?   __ Yes   ✓ No

If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   __ Yes   ✓ No

If "yes" describe the property and state its value: _____

6. Do you have any other assets?   __ Yes   ✓ No

If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support. None

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

__Nov. 12, 07__   __B. Ronson__
DATE   SIGNATURE OF APPLICANT

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __0__ on account to his/her credit at __CSP-Corcoran__ (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ __0__. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ __0__.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).

__11/13/07__   __D. Gens, ACI__
DATE   SIGNATURE OF AUTHORIZED OFFICER

(Revised 6/01/04)

2

```
REPORT ID: TS3030  .701                                    REPORT DATE: 11/13/07
                                                           PAGE NO:        1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIF. STATE PRISON CORCORAN
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: MAY  01, 2007 THRU NOV. 13, 2007

ACCOUNT NUMBER : H71641                 BED/CELL NUMBER: 4A2R0000000063L
ACCOUNT NAME   : RANSOM, BRYAN          ACCOUNT TYPE: 1
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT
    DATE      HOLD
    PLACED    CODE      DESCRIPTION            COMMENT      HOLD AMOUNT
    ------    ----      -----------            -------      -----------
 10/18/2007   H109    LEGAL POSTAGE HOLD     1431/10-15           1.14
 10/18/2007   H109    LEGAL POSTAGE HOLD     1431/10-15           1.31
 10/24/2007   H109    LEGAL POSTAGE HOLD     1514/10-22           4.60
 10/24/2007   H109    LEGAL POSTAGE HOLD     1514/10-22           4.90
 10/30/2007   H118    LEGAL COPIES HOLD      1562/10-22          75.30
 11/01/2007   H118    LEGAL COPIES HOLD      1596/10-29          53.00
 11/01/2007   H109    LEGAL POSTAGE HOLD     1603/10-29           4.60
 11/01/2007   H109    LEGAL POSTAGE HOLD     1603/10-29           4.60
 11/05/2007   H109    LEGAL POSTAGE HOLD     1627/10-30           0.41
 11/07/2007   H118    LEGAL COPIES HOLD      1680/11-05          28.40

                            TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL        TOTAL      CURRENT      HOLDS      TRANSACTIONS
   BALANCE     DEPOSITS    WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
  ---------    --------    -----------   -------     -------     ------------
      0.00        0.00           0.00       0.00      178.26             0.00


                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                        ---------
                                                         178.26-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 11/13/2007
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ AC II
TRUST OFFICE