Bryan E. Ransom, H-71641
P.O. Box 3476  4A2R Corp #63 (SHU)
Corcoran, Ca. 93212

In Pro Per

**FILED DEC 13 2007** CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

**FILED NOV 28 2007** CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

United States District Court
Southern District of California

07 CV 2340 J WMc
1:07 CV 00 17 18 AWI DLB PC

Bryan E. Ransom
   Plaintiff,

v.

Gray, et. al.
   Defendants

Case No. _____

Plaintiff's Motion For Appointment of Counsel

Pursuant to 28 U.S.C. § 1915(e)(1), Plaintiff moves for an order appointing counsel to represent him in this case. In support of this Motion, Plaintiff states:

1. Plaintiff cannot afford to hire an attorney. He has requested leave to proceed In Forma Pauperis in this case.

2. Plaintiff's imprisonment will greatly limit his ability to litigate this case. This case will likely involve substantial investigation and discovery.

3. The medical issues in this case are complex. A lawyer would help Plaintiff to apply the law properly in briefs and before the Court.

4. A trial in this case will likely involve conflicting testimony. A lawyer would assist Plaintiff in the presentation of evidence and the cross-examination of opposing witnesses.

WHEREFORE, Plaintiff requests that the Court appoint Counsel to represent him in this case.

Dated: November 12, 2007

Respectfully submitted

B. Ransom
In Pro Per