# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Bryan E. Ransom

vs

Gray; Santiago; John Does 1 and 2

**SUMMONS IN A CIVIL ACTION**

Case No.   07cv2340 J (WMc)

FILED
FEB 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

> Bryan E. Ransom  H71641
> Richard Donovan Correctional Facility
> 480 Alta Road
> San Diego, CA 92179

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                       February 26, 2008

Clerk of Court                                DATE
A. Everill
SEAL

By, Deputy Clerk

AO 440 (Rev 5/85) Summons in a Civil Action