**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Bryan Edwin Ransom | COURT CASE NUMBER: 3:07-CV-02340 |
| DEFENDANT: Dr. Santiago | TYPE OF PROCESS: Summons & Complaint |

FILED 2008 MAY 28 AM 8:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Calipatria State Prison

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1500 Blair Rd., Calipatria, Ca. 92233

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bryan E. Ransom, H-71641
P.O. Box 3030
Susanville, Ca. 96127

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Dr. Santiago was on the Calipatria State Prison Medical Staff January 9, 1997

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
B. Ransom
TELEPHONE NUMBER:
DATE: 3/19/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 98 | 98 | C. Scott | 4/22/08 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service:
Time: am / pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 04/22/08 - Mailed S&C
05/28/08 - Rec'd waiver of service of summons. Copy to court and plaintiff

**PRIOR EDITIONS MAY BE USED**   ☑ **CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan E. Ransom<br><br>vs<br><br>Gray; Santiago; John Does 1 and 2 | **SUMMONS IN A CIVIL ACTION**<br>Case No.   07cv2340 J (WMc) |

TO: (Name and Address of Defendant)



   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

   Bryan E. Ransom  H71641
   Richard Donovan Correctional Facility
   480 Alta Road
   San Diego, CA 92179

   An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


W. Samuel Hamrick, Jr.                           February 26, 2008
Clerk of Court                                        DATE
*[signature]*
By, Deputy Clerk

AO 440 (Rev 5/85) Summons in a Civil Action

## Waiver of Service of Summons

**To: United States Marshal**



I acknowledged receipt of your request that I waive service of summons in the action of <u>Bryan Ransom</u> which is case number <u>07CV2340</u> in the United States District Court of the Southern District of California. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>April 22, 2008,</u> or within 90 days after that date if the request was sent outside the United States.

Date 5/23/08

Signature: Karen M. Walter
Printed/typed name: Karen M. Walter
(as Deputy Attorney General
(of _____ )
Attorneys for Laureano Santiago, Jr., M.D.

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgement may be taken against the defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.