# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RANSOM,<br><br>              Plaintiff,<br>vs.<br>GRAY, et al., ,<br><br>              Defendant. | CASE NO. 07cv2340-J (WMc)<br><br>ORDER |

Pursuant to Local Rule 16.1(e)(8), the Court finds this case inappropriate for an Early Neutral Evaluation Conference. Therefore, the Court issues the following Order:

1.   Pursuant to Federal Rule of Civil Procedure 26(a)(1)(E)(iv) this proceeding is exempt from initial disclosure;

2.   A telephonic Case Management/Settlement Conference will be held on **August 12, 2008 at 9:15 a.m.** <u>Counsel for defendant is instructed to initiate the call by first telephoning the opposing party and then telephoning the Court at 619-557-6624.</u>

IT IS SO ORDERED.

DATED: July 3, 2008

*/s/ W. McCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court