1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | KRISTIN G. HOGUE
Supervising Deputy Attorney General
3 | RICHARD F. WOLFE, State Bar No. 85346
Deputy Attorney General
4 | 110 West A Street, Suite 1100
San Diego, CA 92101
5 | P.O. Box 85266
San Diego, CA 92186-5266
6 | Telephone: (619) 645-2482
Fax: (619) 645-2012
7 | Email: Richard.Wolfe@doj.ca.gov

8 | Attorneys for Defendant Santiago

9

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

13 | BRYAN E. RANSOM,                              Civil No. 07-2340 J (WMc)

14 |                            Plaintiff,        **NOTICE OF APPEARANCE**

15 |              v.

16 | GRAY, et al.,

17 |                            Defendants.

18

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1    Please take notice that effective immediately, the deputy attorney general to be noticed for

2  Defendant Santiago is changed from Karen M. Walter to the following:

3          Richard F. Wolfe
           Office of the Attorney General
4          110 West A Street, Suite 1100
           San Diego, CA  92101
5          (619) 645-2482
           Fax: (619) 645-2012
6          Email: Richard.Wolfe@doj.ca.gov

7

8    Dated:  July 17, 2008

9                              Respectfully submitted,

10                             EDMUND G. BROWN JR.
                               Attorney General of the State of California
11                             KRISTIN G. HOGUE
                               Supervising Deputy Attorney General
12

13

14                             s/Richard F. Wolfe

15                             RICHARD F. WOLFE
                               Deputy Attorney General
16                             Attorneys for Defendant Santiago

17

18

19

20

21

22

23

24

25

26

27    80260964.wpd
      SD2008801200
28

Notice of Appearance                                    Civil No. 07-2340 J (WMc)

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:  **BRYAN E. RANSOM v. GRAY, et al.,**
**United States District Court - Southern District**

Case No.:  **07-CV-2340 J (WMc)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 17, 2008</u>, I served the following documents:

**NOTICE OF APPEARANCE**

placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Bryan Edwin Ransom
H-71641
High Desert State Prison
Richard J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

NONE

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Bryan Edwin Ransom
H-71641
High Desert State Prison
Richard J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 17, 2008**, at San Diego, California.

L J Fraley

_____
Declarant

_____
Signature